UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REMINGTON DONO LEBOE,

                Plaintiff,

v.

KING COUNTY CORRECTION FACILITY, et al.,

                Defendants.

No. 2:21-cv-1086-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

((1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's claims are dismissed without prejudice for failure to respond to a Court Order and failure to state a claim upon which relief can be granted. This dismissal constitutes a strike under 42 U.S.C. § 1915(g).

(3)    Plaintiff's Motion to Proceed IFP (Dkt. 4) is denied as moot.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 25 day of April, 2022.

*John H. Chun*
_____
John H. Chun
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1